HAND v. HAND

No. 193 PC.

Case below: 46 N.C. App. 82.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

HARRIS v. BRIDGES

No. 180 PC.

Case below: 46 N.C. App. 207.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980.

HINTON v. CITY OF RALEIGH

No. 195 PC.

Case below: 46 N.C. App. 305.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 15 July 1980.

HOBBY & SON v. FAMILY HOMES

No. 246 PC.

No. 72 (Fall Term).

Case below: 46 N.C. App. 741.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 July 1980.

HOME PRODUCTS CORP. v. MOTOR FREIGHT, INC.

No. 212 PC.

Case below: 46 N.C. App. 276.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.